UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RANDY ERICKSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO: 2:22-cv-67
　　　　　　　　　　　　　　　　　　　　HON: PAUL L. MALONEY

GOGEBIC COUNTY, SCOTT VOIT, LUCIS BUCKNELL, and TREVOR JACKOVICH, in their individual and official capacities,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650 / (248) 698-3321-fax<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC<br>HAIDER A. KAZIM (P66146)<br>Attorney for Defendants Gogebic County, Lucis Bucknell and Trevor Jackovich<br>310 West Front Street, Ste. 221<br>Traverse City, MI 49684<br>231-922-1888 / 231-922-9888-fax<br>hkazim@cmda-law.com |
|---|---|
|  | SEWARD HENDERSON PLLC<br>T. JOSEPH SEWARD (P35095)<br>KALI M. HENDERSON (P76479)<br>Attorneys for Scott Voit<br>210 East 3rd Street, Ste. 212<br>Royal Oak, MI 48067<br>248-733-3580 / 248-733-3633-fax<br>jseward@sewardhenderson.com<br>khenderson@sewardhenderson.com |

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN　　　)
　　　　　　　　　　　　　　)ss
COUNTY OF OAKLAND　　)

2

     I, Lauren Purvis, being first duly sworn, deposes and says that on August 15, 2022, she did serve a copy of **subpoenas to Burger King and Dairy Queen** in the above entitled matter upon ***T. Joseph Seward, Esq.; Kali M. Henderson, Esq.;*** and ***Haider A. Kazim, Esq.*** by e-mailing same to their stated business email address. I declare that the statements contained above are true to the best of my information, knowledge and belief.

**/s/ Lauren Purvis**
Lauren Purvis